**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 17-cr-00166** |
| **VERSUS** | : | **JUDGE WALTER** |
| **APECK CONSTRUCTION, INC.** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION ON FELONY**
**GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the duly authorized representative of the corporate defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on July 25, 2017 at which time Joseph Emmit Williams, the duly authorized representative of the defendant, Apeck Construction, Inc., expressed a desire to waive the right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge. The duly authorized representative of the corporate defendant indicated on the record the desire to consent to proceed before the undersigned and executed a waiver. The corporate defendant was at all times represented by counsel J. Michael Small.

After the hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant's representative is duly authorized and is fully competent, that the plea of guilty is knowing and voluntary, and that the guilty plea to Count One and Count Two of the Bill of

Information is fully supported by the written factual basis acknowledged by defendant's representative orally in court and by his signature on the written document.  This factual basis supports each essential element of the offense to which the defendant pled.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Apeck Construction, Inc., and that it be finally adjudged guilty of the offense charged in Count One and Count Two of the Bill of Information.

Sentencing is set for October 27, 2017, at 10:00 a.m., before the Honorable Donald E. Walter in Lake Charles, Louisiana.

THUS DONE this 26th day of July, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE