# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 17-cr-00166** |
| **VS.** | : | **JUDGE WALTER** |
| **APECK CONSTRUCTION, INC.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #12], and in the transcript previously filed herein, [Doc. #13] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #6], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **APECK CONSTRUCTION, INC.** on July 25, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** this 27th day of July, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE